NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE BERRY LAW FIRM, P.A., )
)
      Appellant, )
)
v. )     Case No. 2D18-605
)
STARFIGHTERS, INC., )
STARFIGHTERS DEFENSE, INC., )
J79 ENGINES, INC., RLB AVIATION, )
INC., STARFIGHTERS AEROSPACE, )
INC., OAKLAND AVIATION, INC., and )
RICHARD AND BRENDA SVETKOFF, )
HUSBAND AND WIFE, )
)
      Appellees. )
_____)

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Pinellas
County; John A. Schaefer, Judge.

Michael C. Berry, Sr., of The Berry Law
Firm, P.A., Clearwater, for Appellant.

Lee L. Haas of Haas & Castillo,
Clearwater, for Appellees.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and KHOUZAM and BADALAMENTI, JJ., Concur.